IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01486-MJW

FRANCIS M. SCOTT, and
GALEN AMERSON,

Plaintiffs,

v.

DAVID A. WEAVER, former Douglas County Sheriff,
GARY BUTLER, Douglas County Sheriff's Deputy,
JAMES M. LAKOMY, Douglas County Deputy Sheriff,
LAWRENCE CASTLE, Castle Law Group,
REAL ESTATE AGENT FOR FEDERAL NATIONAL MORTGAGE, to be named,
CHASE HOME FINANCE LLC,
FEDERAL NATIONAL MORTGAGE ASSOCIATION,
AMERICAN MORTGAGE NETWORK,
DOUGLAS COUNTY PUBLIC TRUSTEE,
JOHN AND/OR JANE DOES 1 - 50, believed to have assisted the Douglas County Sheriff, and
JOHN AND/OR JANE DOES 51 - 75, believed to have assisted the Douglas County Sheriff,

Defendants.

ORDER SETTING STATUS CONFERENCE
FOR
PRO SE PLAINTIFFS

The above-captioned case has been directly assigned to Magistrate Judge Michael J. Watanabe pursuant to the Pilot Program to Implement the Direct Assignment of Civil Cases to Full Time Magistrate Judges.  The parties are expected to become familiar with the Pilot Program (see Docket No. 3).

**IT IS HEREBY ORDERED** that plaintiffs shall **FORTHWITH** serve defendants.

**IT IS FURTHER ORDERED that on or before August 14, 2015, the parties shall complete and file the Pilot Program Consent Form (see Docket No. 3), indicating either unanimous consent of the parties or that consent has been declined.  Please note that this date may be earlier than the default deadlines contemplated by the Pilot Program.**

IT IS **FURTHER** ORDERED that a Status Conference shall be held on:

> August 31, 2015, at 2:00 p.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

<u>THE PLAINTIFFS SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.</u>

FURTHER, it is ORDERED that plaintiff(s) shall forthwith serve **each defendant** with service of process consistent with Federal Rule of Civil Procedure 4.

FURTHER, it is ORDERED that at the Status Conference the pro se Plaintiff(s) shall:

1. Provide written proof of service of process on **ALL** defendants **or** show cause why this case should not be dismissed for lack of service of process and/or failure to prosecute;

2. Inform this court on whether you intend to retain legal counsel. If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and,

3. Become familiar with the following Rules: (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of Practice, and (c) the Federal Rules of Evidence. These sets of rules shall apply in this case.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. <u>See</u> D.C.COLO.LCivR 83.2. Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 17th day of July, 2015.

BY THE COURT:
<u>s/Michael J. Watanabe</u>
MICHAEL J. WATANABE
United States Magistrate Judge