IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01486-MJW

FRANCIS M. SCOTT and
GALEN AMERSON,

Plaintiffs,

v.

DAVID A. WEAVER, former Douglas County Sheriff, individually,
GARY BUTLER, Douglas County Sheriff's Deputy,individually,
JAMES M. LAKOMY, Douglas County Deputy Sheriff, individually,
LAWRENCE CASTLE, individually and as agent of Castle Law Group,
FEDERAL NATIONAL MORTGAGE ASSOCIATION, and
DOES 1-10 inclusive,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Ex Parte Motion for Order to Preserve
Evidence (docket no. 11) is DENIED.  Plaintiffs have not filed with this court any returns
of service on any of the defendants as of the date of this minute order.  Moreover, this
court has issued an Order to Show Cause to Plaintiffs as to non-service and has set a
Show Causing Hearing on October 19, 2015 at 9:30 a.m.  See docket no. 7.  If Plaintiffs
seek preservation of potential relevant evidence against any of the defendants, then
Plaintiffs should serve each defendant with a detailed letter to preserve evidence when
they serve their summons and Amended Complaint for Civil Rights Violations,
Damages, and Other Relief (docket nos. 9 & 10) upon each defendant.

Date: September 10, 2015