IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01486-RPM

FRANCIS M. SCOTT and
GALEN AMERSON,

        Plaintiffs,

v.

DAVID A. WEAVER, former Douglas County Sheriff, individually;
GARY BUTLER, Douglas County Sheriff's Deputy, individually;
JAMES M. LAKOMY, Douglas County Deputy Sheriff, individually;
LAWRENCE CASTLE, individually and as agent of Castle Law Group, and
FEDERAL NATIONAL MORTGAGE ASSOCIATION,

        Defendants.
_____

ORDER VACATING SCHEDULING CONFERENCE AND SHOW CAUSE HEARING
_____

        Upon reassignment of this civil action and this Court's case management procedures, it is

        ORDERED that the October 28, 2015, scheduling conference and show cause hearing before Magistrate Judge Michael J. Watanabe and the October 21, 2015, deadline to file a proposed Scheduling Order are vacated.

        DATED:   October 14th, 2015

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge