IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01486-RPM

FRANCES M. SCOTT and
GALEN AMERSON,

    Plaintiffs,

v.

DAVID A. WEAVER, former Douglas County, Colorado Sheriff, individually,
GARY BUTLER, Douglas County, Colorado Deputy Sheriff, individually,
JAMES M. LAKOMY, Douglas County, Colorado Deputy Sheriff, individually,
FEDERAL NATIONAL MORTGAGE ASSOCIATION, and
DOES 1-10 incluive,

    Defendants.

_____

ORDER DISMISSING FEDERAL NATIONAL MORTGAGE ASSOCIATION
_____

Upon review of the plaintiff's amended complaint [Doc. 10] and the plaintiff's response to the motion to dismiss filed by defendant Federal National Mortgage Association and upon the finding that the allegations of the amended complaint do not state a claim for relief against this defendant, it is

ORDERED that this civil action is dismissed with prejudice as to the defendant Federal National Mortgage Association pursuant to Fed. R. Civ 12(b)(6).

DATED:   December 4th, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge