IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01486-RPM

FRANCES M. SCOTT and
GALEN AMERSON,

      Plaintiffs,

v.

DAVID A. WEAVER, former Douglas County, Colorado Sheriff, individually,
GARY BUTLER, Douglas County, Colorado Deputy Sheriff, individually,
JAMES M. LAKOMY, Douglas County, Colorado Deputy Sheriff, individually,

      Defendants.

_____

### ORDER DENYING MOTION TO DISMISS
_____

For the reasons stated at the hearing held on January 5, 2016, it is

ORDERED that the motion to dismiss [Doc. 30] is denied.

DATED:   January 11th, 2016

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge