IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01486-RPM

FRANCES M. SCOTT and
GALEN AMERSON,

      Plaintiffs,

v.

DAVID A. WEAVER, former Douglas County, Colorado Sheriff, individually,
GARY BUTLER, Douglas County, Colorado Deputy Sheriff, individually,
JAMES M. LAKOMY, Douglas County, Colorado Deputy Sheriff, individually,

      Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to Procedural Order Number One entered by this Court on January 25, 2016, counsel have contacted chambers to set a date and time for a Scheduling Conference pursuant to Rule 16 and it is

      ORDERED that  a scheduling conference will be held on **May 11, 2016, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 6/23/15).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on May 2, 2016.**  The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend.

DATED:   March 11th, 2016

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge